IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                              CASE NO. 1:06-cr-00016-MP-AK

MICHAEL DUANE AKRIDGE,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 23, Motion to Continue Trial by Michael Duane Akridge. A teleconference was held on June 23, 2006, during which Mr. Akridge waived his speedy trial rights and the government indicated it had no objection to the continuance. Accordingly, the motion is granted, and the trial in this case is reset for Tuesday, August 15, 2006.

    **DONE AND ORDERED** this *26th* day of June, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge