# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**
            **Plaintiff(s)**
            **v.**                                        **CASE NO. 1:06CR16 MMP**

**MICHAEL AKRIDGE**
            **Defendant(s)**
_____/

## ORDER FOR JURY MEALS

It is **ORDERED** that the Clerk of the Court for the Northern District of Florida shall furnish, at the expense of the United States of America, such meals and lodging as necessary for the comfort and convenience of the jury during deliberation. in accordance with the Jury Fee Regulations.

**DONE** and **ORDERED** this __17TH___ day of August**, 2006**

            ___s/Maurice M. Paul_____
            **MAURICE M. PAUL, SENIOR**
             **UNITED STATES DISTRICT JUDGE**