IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:06-cr-00016-MP

MICHAEL DUANE AKRIDGE,

    Defendant.
_____/

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE CAME ON before the Court on the motion of the United States of America for a Preliminary Order Of Forfeiture. Being fully advised in the premises, the Court finds:

1. On May 23, 2006, a Federal Grand Jury sitting in the Northern District of Florida issued an Indictment against the defendant, charging him with violations of Title 21 United States Code, Sections 841, 846, and Title 18 United States Code, Section 924.

2. The Indictment included a Forfeiture Count, pursuant to Title 21, United States Code, Section 853(a).

3. On August 18, 2006, a jury returned a guilty verdict against Defendant, Michael Duane Akridge, on Counts I and II of the Indictment.

4.   On August 18, 2006, the same jury returned a Special Verdict, finding that Defendant, Michael Duane Akridge should forfeit his interest in the following property to the United States of America:

   A.   **REAL PROPERTY LOCATED AT 25818 NW 62nd AVENUE, HIGH SPRINGS, FL 32643, also known as Parcels 12 and 13 of Bobar Farms, and more particularly described in Exhibit A.**

   B.   **$13,000.00 in U.S. Currency**

5.   By virtue of the conviction and Special Verdict, the United States is entitled to possession of the above-described property pursuant to 21 United States Code, Section 853; it is hereby

ORDERED, ADJUDGED and DECREED that based on the foregoing, the Defendant's interest in the following property is hereby forfeited to the United States pursuant to the provisions of 21 U.S.C. § 853:

   A.   **REAL PROPERTY LOCATED AT 25818 NW 62nd AVENUE, HIGH SPRINGS, FL 32643, also known as Parcels 12 and 13 of Bobar Farms, and more particularly described in Exhibit A.**

   B.   **$13,000.00 in U.S. Currency**

It is further

ORDERED, ADJUDGED and DECREED that in accordance with the law, the United States shall cause to be published at least once, in a newspaper of general circulation, notice of this Order, notice of its intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the aforementioned property must file a petition with the Court within thirty (30) days of the final publication of the notice or receipt of actual notice, whichever is earlier. The United

States shall:

 1. State in the notice that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought; and

 2. To the extent practicable, provide direct written notice to any person known to have an alleged interest in the property that is subject of the Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified. It is further

 ORDERED, ADJUDGED and DECREED that upon adjudication of all third party interests, this Court will enter a Final Order in which all interests will be addressed.

 **DONE AND ORDERED** this _6th_ day of September, 2006

    *s/Maurice M. Paul*
    Maurice M. Paul, Senior District Judge