IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v. CASE NO. 1:06-cr-00016-MP

MICHAEL DUANE AKRIDGE,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 72, Motion to cancel the hearing currently set for December 1, 2006, at 11:30 AM.  The government indicated in the motion that it now recognizes the interest of Florida Credit Union in the property involved in this case.  Since the hearing was set to discuss Florida Credit Union's interest, there is now no need for the hearing and it is hereby canceled.

    **DONE AND ORDERED** this  *21st*   day of November, 2006

                *s/Maurice M. Paul*
              Maurice M. Paul, Senior District Judge