IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:06-cr-00016-MP

MICHAEL DUANE AKRIDGE,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 81, the motion of the United States of America to Amend the Preliminary Order Of Forfeiture. The Court has considered the motion, and it is ordered as follows:

1. The Motion to Amend Preliminary Order of Forfeiture is hereby granted.

2. The Preliminary Order of Forfeiture is hereby amended to include the VIN numbers of the mobile home, more specifically, FLFLY70A28668AV21 and FLFLY70B28668AV21, nunc pro tunc.

**DONE AND ORDERED** this *8th* day of December, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge