IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:06-cr-00016-MP

MICHAEL DUANE AKRIDGE,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 88, Petition in Support of Claim, filed by Heather Beth Campbell, to which the government has responded, doc. 97. In her petition, Ms. Campbell, the ex-wife of the defendant and mother of a minor child with defendant, seeks recovery of $13,000 in cash forfeited to the United States by defendant, as well as "any sale proceeds from the sale of the land and doublewide forfeited." Doc. 88, ¶ 6. She claims that $6,543.30 is due her as delinquent child support, and that the rest "should be paid towards Defendant's future child support obligation." Id.

The Court agrees with the Government, however, that the $13,000 that Petitioner refers to is not actual currency but merely the amount stated by the jury as earned by the Defendant from his illegal drug activity. Furthermore, the real property vested in the Government upon Defendant using it to facilitate drug offenses. This occurred before the Order Modifying Child Support. Moreover, the Notice of Lis Pendens was recorded before the Order Modifying Child Support and as such, any interest obtained by a third party would be inferior to the Governments.

The Petitioner therefore did not have an interest superior to the government's under 21

*Page 2 of 2*

U.S.C. § 853(n)(6)(A), was not a bona fide purchaser for value under 21 U.S.C. § 853(n)(6)(B), and does not have a sufficient interest in the property to show standing under 21 U.S.C. § 853(n)(2).  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The petition at doc. 88 is denied.

**DONE AND ORDERED** this  *18th*   day of April, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge