IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:06-cr-00016-MP

MICHAEL DUANE AKRIDGE,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 101, Government's Motion for Entry of Final Order of Forfeiture.  Being fully advised in the premises, the Court finds as follows:

WHEREAS, on September 6, 2006, this Court entered a Preliminary Order Of Forfeiture against the following property:

    A.    Real property located at 25818 NW 62nd Avenue, High Springs, FL 32643, also known as Parcels 12 and 13 of Bobar Farms, and more particularly described in Exhibit A including a 2001 Fleetwood Mobile Home, VIN numbers FLFLY70A28668AV21 and FLFLY70B28668AV21;

    B.    $13,000.00 in U.S. Currency;

pursuant to the provisions of 21 U.S.C. § 853, based upon the jury's special verdict and the Forfeiture Count of the Indictment; and

WHEREAS, on September 26, 2006, Florida Credit Union, filed a petition based on a mortgage it owns encumbering this property, and whereas the United States of America recognizes the mortgage of Florida Credit Union; and

WHEREAS, on November 15, 2006, Shateka Browning, through her attorney, waived

her interest in the above property and agreed to the forfeiture; (Exhibit B) and WHEREAS, on November 21, 2006, Wachovia Bank, N.A. filed a Notice of Interest in Forfeited Property, and whereas the United States of America recognized the lien of Wachovia Bank, N.A.; and

WHEREAS, on December 8, 2006, this Court entered an Order amending the Preliminary Order of Forfeiture to include a mobile home, more specifically described as VIN Nos. FLFLY70A28668AV21 and FLFLY70B28668AV21, nuc pro tunc; and

WHEREAS, on January 12th, January 19th, January 26th and February 2nd , 2007, the United States of America caused to be published in the Gainesville Sun, a newspaper of general circulation, notice of this forfeiture and the intent of the United States of America to dispose of the property, in accordance with the law, and further notifying all third parties of their right to file a petition setting forth their interest in said property; and

WHEREAS, on January 18, 2007, Heather Beth Campbell filed a Petition in Support of Claim against the subject real property and the $13,000.00 in U.S. Currency; and WHEREAS, on April 18, 2007, this Court entered an Order denying the petition filed by Heather Beth Campbell; and

WHEREAS, no other persons or entities having an interest in the above-referenced property have timely filed petitions, it is hereby

ORDERED, ADJUDGED and DECREED that the right, title and interest to the above-referenced property, is hereby condemned, forfeited and vested in the United States of America, subject only to the mortgages of Florida Credit Union and Wachovia Bank, and shall be disposed of in accordance with the law.

**DONE AND ORDERED** this  *30th*  day of May, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge